USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE PAGUADA, *on behalf of himself and all other persons similarly situated*,

      Plaintiff,

v.

PORTMEIRION GROUP DESIGNS, LLC,

      Defendant.

20-CV-5731 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  This case has been assigned to me for all purposes. It is hereby:

  ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

  IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

  SO ORDERED.

Dated: July 31, 2020
    New York, New York

                _____
                Ronnie Abrams
                United States District Judge