UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUÉ PAGUADA, on behalf of himself and all others similarly situated,

              Plaintiffs,

-against-

PORTMEIRION GROUP DESIGNS, LLC
              Defendant.

Case No. 1:20-cv-05731-RA

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Queens, New York
            October 5, 2020

Respectfully submitted,

*By: /s/ Mars Khaimov*
Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

Application granted. The Clerk of Court is respectfully directed to close this case.
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
October 8, 2020